E-Filing

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CSBN 168285)
   Assistant United States Attorney
5

6   450 Golden Gate Avenue
    San Francisco, California 94102
7   Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
8   Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,    )   Criminal No. CR 05-00283 JSW
                                )
15      Plaintiff,              )
                                )
16                              )   **STIPULATION AND [PROPOSED]**
                                )   **ORDER CONTINUING HEARING**
17   v.                         )
                                )
18                              )
                                )
19 JESUS JOSE NAVARRO, et al.,  )
                                )
20      Defendants.             )
                                )
21

22      The above-captioned matter is on calendar July 14, 2005, at 2:30 p.m. before this Court.

23 The defendant is represented by Kenneth Quigley and the government is represented by Jeffrey

24 Finigan, Assistant United States Attorney. The parties hereby stipulate and request that the Court

25 order this matter taken off of its July 14, 2005 calendar at 2:30 p.m.

26

27 DATED:   7/12/05              _____/s/_____
                                 JEFFREY FINIGAN
28                               Assistant United States Attorney

**STIPULATION AND [PROPOSED]
ORDER CONTINUING HEARING
CR 05-00283 JSW**

1
2  DATED:      7/12/05                                   /s/
                                                 _____
3                                                KENNETH M. QUIGLEY
                                                 Counsel for Jesus Jose Navarro
4
5
6  So ordered.
7  DATED: JUL 1 3 2005                           _____
                                                 JEFFREY S. WHITE
8                                                UNITED STATES DISTRICT COURT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED]**
**ORDER CONTINUING HEARING**
**CR 05-00283 JSW**                      2